1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   LEXI NEGIN D.C. Bar # 446153
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  MANUEL MARTINEZ-GUTIERREZ

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-06-022-EJG
                                     )
12           Plaintiff,               )   STIPULATION AND ORDER TO CONTINUE
                                     )   STATUS HEARING
13      v.                            )
                                     )
14 MANUEL MARTINEZ-GUTIERREZ,         )
                                     )   Judge: Hon. Edward J. Garcia
15           Defendant.               )
                                     )
16 _____ )

17       This case is currently scheduled for a status hearing on March 3, 2006. The parties have been
18 advised by the Office of Probation that the requested Pre-Plea Presentence Investigation Report will not be
19 complete for another week or two. The attorneys for both parties have conferred and agree that additional
20 time is needed to continue discussions relating to a disposition by plea agreement and that it is appropriate
21 to await the completion of the Pre-Plea Presentence Investigation Report before holding a status hearing.
22 Once the discussions and meetings are complete, the parties will be able to determine if a plea agreement
23 can be reached and advise the Court in advance of the next scheduled hearing whether the hearing will be a
24 status hearing or a change of plea.
25       The parties, through their respective counsel, hereby stipulate and agree that the status conference
26 scheduled in this case for March 3, 2006, be continued until March 24, 2006. In addition, the parties
27 stipulate that the time period from March 3, 2006, to March 24, 2006, be excluded under the Speedy Trial
28
                                            1

Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

DATED:  February 27, 2006

    Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Michael Beckwith | /s/ Lexi Negin |
| Michael Beckwith | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for STEPHON L. WILLIAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-022-EJG |
| ) Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING |
| v. ) | |
| ) MANUEL MARTINEZ-GUTIERREZ ) | Judge: Hon. Edward J. Garcia |
| ) Defendant. ) | |
| _____ ) | |

    For the reasons set forth in the stipulation of the parties, filed on February 27, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for March 3, 2006, be continued until Friday, March 24, 2006, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 27, 2006, stipulation, the time under the Speedy Trial Act is excluded from March 3, 2006, through March 24, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February  27 , 2006        /s/ Edward J. Garcia
                                                          EDWARD J. GARCIA
                                                          UNITED STATES DISTRICT JUDGE