DANIEL J. BRODERICK, Bar #89424
Federal Defender

LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MANUEL MARTINEZ-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL MARTINEZ-GUTIERREZ<br><br>　　　　　Defendant. | No. CR-06-022-EJG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND SCHEDULE FOR CHANGE OF PLEA HEARING<br><br>Judge: Hon. Edward J. Garcia |

　　　　This case is currently scheduled for a status hearing on March 24, 2006. The parties agree that they need one more week to complete discussions in order for Mr. Martinez-Gutierrez to enter a guilty plea in this case.

　　　　The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for March 24, 2006, be continued until March 31, 2006. In addition, the parties stipulate that the time period from March 24, 2006, to March 31, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4) in order for defense counsel to have more time to prepare for the change of plea and discuss with the defendant the change of plea.

　　　　A proposed order is attached and lodged separately for the court's convenience.

DATED: March 23, 2006

1

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

 /s/Michael Beckwith                                 /s/ Lexi Negin
Michael Beckwith                                    LEXI NEGIN
Assistant U.S. Attorney                          Assistant Federal Defender
Attorney for United States                      Attorney for MANUAL MARTINEZ-GUTIERREZ

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL MARTINEZ-GUTIERREZ<br><br>　　　　　Defendant.<br>_____ | ) No. CR-06-022-EJG<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS HEARING<br>)<br>)<br>)<br>) Judge: Hon. Edward J. Garcia<br>)<br>)<br>) |

　　　For the reasons set forth in the stipulation of the parties, filed on March 23, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for March 24, 2006, be continued until Friday, March 31, 2006, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 23, 2006, stipulation, the time under the Speedy Trial Act is excluded from March 24, 2006, through March 31, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated: March 23, 2006　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE